**Exhibit A to the Complaint**

**Location:** Syracuse, NY  
**Total Works Infringed:** 58  
**IP Address:** 71.115.211.213  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09/15/2020 00:48:42 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 2 | Info Hash: 637973CB536525CD32F7FFDC054B4E1B9742D7FA<br>File Hash: AF6B8F86DC6DC3818589C6CFBDFFDE20C3BDDD6BCD5EFDDB88A333A7C813FD1C | 08/26/2020 13:13:34 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 3 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 08/26/2020 12:33:04 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 4 | Info Hash: F251B140B55C8D7FDAE6896DA9ECCE126D7D463B<br>File Hash: 9D370FFB1574B196DBBBE6C528FE01E285CC39D95318B71218BDDBC88C0C04AC | 07/20/2020 16:46:08 | Tushy | 07/19/2020 | 08/03/2020 | PA0002259103 |
| 5 | Info Hash: 95654EA216395D68AD3AE982AB8D52BFF7836A93<br>File Hash: F7F02E9DFA77E7795742E2B62EE9AF5C1C7DE368036484DD17F32B1008DD7713 | 06/30/2020 05:26:47 | Tushy | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 6 | Info Hash: 4A818509F55F0E620414BCDA3712A0F400D9D3E0<br>File Hash: 0C463FFAD87A3BAA40991859C809C16DE5464F2147F77676293B3BA3D9BBF0F4 | 05/26/2020 18:31:50 | Tushy | 05/24/2020 | 06/16/2020 | PA0002253262 |
| 7 | Info Hash: F152BAAF736A9D7FA556D97D2D788D11ED13D754<br>File Hash: 9D603C7BE1A60F6689543E4E48584201B70F2974F1F786E1808DD8B066EF7C5C | 05/11/2020 16:49:32 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 8 | Info Hash: EFC0D06BB2786E206708A7A75042661142C2EB8C<br>File Hash: 5DCF34745AA40349E8AA5F2C8AA4367AB7B700C01E6F880DD4D82E54A785D1C1 | 04/26/2020 19:27:12 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 56196B5F78F17FAFE7A7CA525ACCFC4F92B92186<br>File Hash: 5ED499BFD32B58C718601CF47B15B76B1742AF8C8B65F3954ECC34D08531E1FA | 04/13/2020 10:37:59 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 10 | Info Hash: 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08<br>File Hash: F9A7372941DA252808B68887A5C34826B060F8D2FFE5E9E93B022A57762D4AB2 | 04/10/2020 02:49:52 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 11 | Info Hash: 1F1B8BD1F3D9D5847BB26E26ADB226F324F7123F<br>File Hash: 711437262819FD3697C79BE174A9BD84B89AA6C924B8C951765DD764F3A6116D | 04/05/2020 23:57:59 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 12 | Info Hash: B705494A12DFACBD15BC7C0D1130A409D4066B0A<br>File Hash: B4E0B5D9AAEC093E493F239356663256B651CAE002FD12F59DAF88E8D58445AB | 03/30/2020 11:21:56 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 13 | Info Hash: 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3<br>File Hash: D45E1FE4B4D8D8B6D7CB6B66AEADA53D87B348462FACBD41FE3844D0D4E1B731 | 03/24/2020 01:53:35 | Tushy | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 14 | Info Hash: 0D3828D1D8CA341965FE3F9022D9E1FAD543AE10<br>File Hash: 875835DA69D950C7ABBBFC7ACCF0038B3504F21CE48F5E3E6348210E79F70D0B | 03/23/2020 14:17:27 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |
| 15 | Info Hash: 01FFE2069B4726F71FBECB4D7DB2047ED047459E<br>File Hash: DE2431F8B774A7DC332E16466DBCF7B8F8B22B79FCE81BB615C78B82C619256D | 03/17/2020 10:32:29 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 16 | Info Hash: F1DB7072A41E4295223FDAED630443CEECE27B49<br>File Hash: 0049BF5E83A0ABB9B700CC5BBFA78D2A83AFF4F43EED8E45C007DB4907B877A6 | 03/09/2020 12:02:54 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 17 | Info Hash: CA6678C58C405A501AF293322491A7DBD8B843A4<br>File Hash: A5664AAB4E889A4354E95D9C223C29E65421511C3DE032A894BFA9FADBD58219 | 02/24/2020 15:29:33 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1E21B039620B80A3623EA7B88208B99A660E58A3<br>File Hash: 98E6F965EBF0457FBD45D7FD2DE634060EC6255767B6F61144FA80FCE1456E43 | 02/20/2020 20:53:04 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 19 | Info Hash: 519E5753FCA5BEA281DCAEADFE2C313B3171ECCC<br>File Hash: 6B6B8FE99FA76C5387DAE9F96A7D0289282173422BE5C0D24D405080277E9723 | 02/17/2020 11:36:57 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 20 | Info Hash: 8F83F6344A0A539C95C426D9DF3CEDA524D26BA6<br>File Hash: 4CA8122218B2A93939DD20A2FE03EFE5C07FBA56D9E990E32C8BD213E7F58AE0 | 01/17/2020 04:16:34 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 21 | Info Hash: FC438B74A9693BB8EBE799B446A1322D74B0EE31<br>File Hash: 0E9425AED4AEC18845A3AEF6203699C8529B8F237C21490741A5E280FA2DAAF9 | 12/02/2019 17:01:00 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |
| 22 | Info Hash: 7B710D64CD8D49B74250BACED263CDDA25957A1B<br>File Hash: BDDFD81DBE2DA530461103D98658B27E9A05CC76AD2F4946C31A687E7860DFBF | 11/12/2019 17:38:53 | Tushy | 11/07/2019 | 12/03/2019 | PA0002232040 |
| 23 | Info Hash: 2790935D0DDF45B6A14998F294F73ADB0E22B337<br>File Hash: 3D73B354345D90872E08995ABB7BCEF27BB2190026504F2D05D3086DD1B526E3 | 10/04/2019 10:59:19 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 24 | Info Hash: 9D2983E999CB3DB626AE352700CB6D47351F2C64<br>File Hash: EB5D89557A2122D8D4CAFDA17C97B935D813DE91DFBDFFC9743397F44641BEA2 | 09/03/2019 19:14:53 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 25 | Info Hash: 81CEC78AE99A723C68332182E337F15D1D260069<br>File Hash: 6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | 09/03/2019 01:07:41 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 26 | Info Hash: DE9C56DF13732B047B5E498C24EE5D12629FC867<br>File Hash: BEA05EE50E79F9781EB38166CD3983F76374223DA741713576C226FC96678D3C | 08/21/2019 18:57:16 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 272F1E7341F88B52B06AE1B28929520CF386CD59<br>File Hash: 8CA823472CF7EBF46B0369A489E5725D990592BD98F55E0FC4B814CAF26C0C2A | 08/14/2019 18:43:38 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 28 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash: A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 08/10/2019 02:49:51 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 29 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 08/05/2019 11:57:24 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 30 | Info Hash: 2A91636F68C407FEE837629631C4C278682490BD<br>File Hash: 699DA3A5BB79492080C653FBAFCB5F7440E6B80774D0C0D3CCC90C71BA753AA4 | 07/31/2019 02:01:20 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 31 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 07/26/2019 10:51:54 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 32 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 06/30/2019 23:43:58 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 33 | Info Hash: F0B209DFB13F6D5779C5D18C099E826BA8E6A219<br>File Hash: 921EDF25C5C68F8AD39BF87557D287B77193558D402DE0322FD94D4F3D5371E0 | 06/21/2019 15:00:06 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 34 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 06/02/2019 17:11:53 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 35 | Info Hash: 4985301D5D4AEAE558E8D7676C69BF58D0163837<br>File Hash: 06AC9F9912C62D76FFCB234A4EF21E94F42E28816D32958C9E40AD12A5EE4E65 | 05/26/2019 11:45:34 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash: 6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 05/17/2019 10:32:15 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |
| 37 | Info Hash: E3042E2B13A61316A6ACBA6EBFBC7D85DC17417B<br>File Hash: 70F3AFD0582E7A0767EEBCAB4E38D08FE4336C18C01DF8F136514CEE7E105FBC | 05/13/2019 04:31:57 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 38 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash: 4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 05/07/2019 10:24:12 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 39 | Info Hash: 3AE42CF293CFFB030C91FF1DC013E5D178AE1DFF<br>File Hash: 8D01AFDC70F6488F725AD53A36134E5D20A24FB0B10909C5DA781612F8A3D5E9 | 04/22/2019 04:22:34 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 40 | Info Hash: E294418C78388F4636C775A09659E440032F5BC1<br>File Hash: 182605995BEF49F23F31CAB03F6EE22BC92F869EDB4B570089C81147A082BE40 | 04/20/2019 16:59:45 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 41 | Info Hash: 999C03253CE0755916BEA619580CA77216F552E6<br>File Hash: B707565A7B07155F641B6F9D04B5CF088B456914F821B4B7312967FEF8E1AB43 | 04/16/2019 23:42:21 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 42 | Info Hash: A66C9C655E360338BD35653F211606B8DDC42727<br>File Hash: FD1AF2E638532BF05E7C3294DCE59C3CB84A554F0BC6154C167F7B215833937A | 04/12/2019 10:56:57 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 43 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 04/11/2019 01:53:53 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 44 | Info Hash: DE19E29A578DDD1918CF64A59113FE702EDA2563<br>File Hash: 217C4EEFF0FCD9F6DE936EDC6E4F7ABB7B0E61197229EA4E64419F16F0750D90 | 04/07/2019 20:41:20 | Tushy | 04/06/2019 | 04/29/2019 | PA0002169945 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: D0C5255AFD9000636DE5F8ACB610A30FEB3BFA69<br>File Hash: 88C5475FBF97220CF3266DDD43F82024A58E4E0F7E17712884A132A2F32A290E | 04/02/2019 03:24:16 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 46 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 03/28/2019 03:52:15 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 47 | Info Hash: D61C5F04FDAB44544326F33150221B2E8A0538C6<br>File Hash: F7ED0A21D7D25CB64D9CF0FF0D1F4369811D155597EE8EBFB953CB35E69BB5A9 | 03/25/2019 01:38:18 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 48 | Info Hash: A361841535E06DF75A9B500A19E4C931252F04C8<br>File Hash: 73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 03/18/2019 03:38:33 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 49 | Info Hash: 7EABD52890574F4FC87725E6D6C0EA35DCC50D03<br>File Hash: 49D45C859D2AB75707DD800BD56790452471381AFE11C33D22095272ADE7F934 | 03/13/2019 10:30:18 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 50 | Info Hash: FAB95948D114974766DDC47AA478DF62DAC33472<br>File Hash: 940EB6CC9D7791158BDF729313A2C0AC41D3282D86C6CB8E1EA173DD4CCECB44 | 03/04/2019 15:11:58 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 51 | Info Hash: 3C77567AD124F0721A7F51231C70F4FB0DE46830<br>File Hash: 2A81CE62CDDB710749E2F2FAFA429B26071799D7A4ECB2B6416D4AEAC862F2C0 | 02/14/2019 00:25:10 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 52 | Info Hash: D57B689422F4E39D8893E3E0BB7A38C930AD4CEF<br>File Hash: 62B7BAB68D9CFA287E5A27C59752ADBF87FDB6F932FC27F8022C6E9D279BADD8 | 02/11/2019 02:50:42 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 53 | Info Hash: 8C66EB037AA13EF5404DD5106524B45219995A9C<br>File Hash: FDFB0E5888D040B2F5B24B603D5AAD2A3F4208F64D00083B66FFD7B8E69218DF | 02/05/2019 20:13:10 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 8B84870625941F984BA357806583B9F62C6D5F9D<br>File Hash: 39B15527B11593F329E565B1ABF2CD8A4423C73C7724775A47CADA47F6D2E224 | 01/31/2019 22:16:22 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 55 | Info Hash: 3C64DE25A475C2A641C10DC2A8A92F74581AF4E7<br>File Hash: 75583BAB12BA233A752B16D7C17709D66C737D09C85D8AABD61D7640D02E9E49 | 01/27/2019 13:26:09 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 56 | Info Hash: 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900<br>File Hash: 8AF8FCB882888074B5D5505F39BEA55918BF3536F3DD764B5B0A57DD73C5CF86 | 01/22/2019 01:51:03 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 57 | Info Hash: 16964274EEF2DEB09294CF8A21B1AFBB9CC70842<br>File Hash: E1E282B1BD1C120CD2CCB60803E8E08E14EC9C2D723967F916AA9A73308D4BF3 | 01/12/2019 04:54:01 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 58 | Info Hash: EB209A2C769C32FFB78C53365CEFBDA980B65157<br>File Hash: 7BCA6DFFED84106F46DD9742F0CCE1A027A79C10EE11243D9B7BEE6E59D1D22C | 12/15/2018 01:18:17 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |